# In the United States Court of Federal Claims

No. 20-1870C
Filed: August 19, 2021

| |
|---|
| **ASKAN HOLDINGS, LTD.,** *Plaintiff*, v. **UNITED STATES,** *Defendant*. |

### ORDER OF DISMISSAL

     For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the Court lacks jurisdiction over this matter. Accordingly, the defendant's motion to dismiss (ECF 10) is **GRANTED**, and the plaintiff's case is **DISMISSED** pursuant to Rule 12(b)(1) and Rule 12(h)(3) of the Rules of the Court of Federal Claims.

     The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

     It is so **ORDERED**.

s/Richard A. Hertling
**Richard A. Hertling**
**Judge**